**DISMISS and Opinion Filed May 10, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00910-CV

### VANESSA M. MEDINA, Appellant
### V.
### RIVER PARK, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-03191-B**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Smith
Opinion by Justice Schenck

After appellant failed to timely file her brief, we directed appellant by postcard dated March 30, 2022 to file the brief within ten days and cautioned her that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed her brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* Tex. R. App. P. 38.3(a)(1); 42.3(b),(c).


       /David J. Schenck/
       DAVID J. SCHENCK
       JUSTICE


210910F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

VANESSA M. MEDINA, Appellant

No. 05-21-00910-CV      V.

RIVER PARK, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas

Trial Court Cause No. CC-21-03191-B.

Opinion delivered by Justice Schenck. Justices Osborne and Smith participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered May 10, 2022